[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 25, 2007
THOMAS K. KAHN
CLERK

No. 06-14161
Non-Argument Calendar

_____

D.C. Docket No. 06-00034-CR-CG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE C. CALHOUN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(April 25, 2007)**

Before BIRCH, DUBINA and HULL, Circuit Judges

PER CURIAM:

Linda Collins Jensen, appointed counsel for Willie C. Calhoun in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.

Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Calhoun's conviction and sentence are **AFFIRMED**.